1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINO ZAVALA-ALVARADO, an individual, | Case No.: 2:23-cv-02524-WBS-CSK |
| Plaintiff, | *District Judge William B. Shubb*<br>*Magistrate Judge Chi Soo Kim* |
| vs. | **ORDER OF DISMISSAL** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE